IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION TELECARD ALLIANCE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NTI COMMUNICATIONS CORP. AND ELIAS QARMOUT,<br><br>    Defendants.<br>_____ / | No. C 04-04727 WHA<br><br>**ORDER EXTENDING TIME TO COMPLETE ADR** |

    The parties have stipulated to and jointly requested an extension of time to complete ADR on or before July 25, 2005, as recommended by the Court-appointed mediator in this action. This request is **GRANTED**. No other deadlines, as set forth in the case management order of February 18, 2005, are changed by this order.

    **IT IS SO ORDERED.**

Dated: June 1, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE