DANIEL E. ALBERTI (SBN 68620)
JILL M. KASTNER (SBM 211363)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100
dalberti@mwe.com
jkastner@mwe.com

Attorneys for Plaintiff
UNION TELECARD ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNION TELECARD ALLIANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NTI COMMUNICATIONS CORP. AND ELIAS QARMOUT,<br><br>Defendants. | CASE NO. C04-04727-WHA<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE ADR** |

Plaintiff Union Telecard Alliance, LLC (Plaintiff) and Defendants NTI Communications Corp. and Elias Qarmout (Defendants) hereby stipulate to and request that the Court extend the time for the parties to complete ADR to August 29, 2005. The parties received one previous extension of the time to complete ADR to July 25, 2005.

WHEREAS the parties selected mediation as their ADR process and this Court appointed Neil L. Shapiro as Mediator;

WHEREAS the parties scheduled a mediation session with the court-appointed mediator to occur on May 20, 2005;

WHEREAS after reviewing the parties' mediation briefs, the mediator expressed his concern that the case was not yet ripe for mediation and suggested that the parties

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO
COMPLETE ADR

1  reschedule the mediation for a later date;
2
3  WHEREAS due to information exchanges between the parties and scheduling conflicts the parties and mediators were unable to meet prior to July 25, 2005;
4
5  WHEREAS the parties have an ADR conference set before Mediator Neil L. Shapiro on August 8, 2005;
6
7  WHEREAS the parties and the Mediator concur that additional time to complete the mediation would help facilitate a just, timely and cost-effective resolution of this disputes;
8
9
10  THEREFORE, the parties agree and so stipulate that additional time is needed to complete ADR and request that this Court extend the ADR deadline to August 29, 2005.
11
12  Dated: July 27, 2005

McDermott Will & Emery LLP
DANIEL E. ALBERTI


By:/s/ Daniel Alberti
Daniel E. Alberti
Attorneys for Plaintiff
UNION TELECARD ALLIANCE, LLC


Dated: July 27, 2005

MANUEL RIVAS, JR.


By:/s/ Manuel Rivas, Jr.
Manuel Rivas, Jr.
Attorneys for Defendants
NTI COMMUNICATIONS CORP. and
ELIAS QARMOUT


MPK 95031-1.055771.0191

-2-

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO
COMPLETE ADR

1  The parties having entered into the above stipulation, and having shown good cause
2  herein.  No other deadlines are changed by this order.
3  IT IS SO ORDERED.

4
5  DATED:  August 1, 2005                                      /s/ Judge William Alsup

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO
COMPLETE ADR**

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto