IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION TELECARD ALLIANCE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NTI COMMUNICATIONS CORP. AND ELIAS QARMOUT,<br><br>    Defendants.<br>_____/ | No. C 04-04727 WHA<br><br>**ORDER DENYING JOINT REQUEST FOR EXTENSIONS** |

    The parties have stipulated to and jointly requested extensions of all remaining deadlines in the case management order of February 18, 2005. This request is **DENIED**. Although plaintiff has indicated an intent to amend the complaint, any motion for leave to amend the pleadings should have been sought by February 25, 2005. Because this deadline has long since passed, plaintiff's request will be denied unless good cause is shown. FRCP 16(b); *Coleman v. Quaker Oats, Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000).

    **IT IS SO ORDERED.**

Dated: August 4, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE