IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION TELECARD ALLIANCE, LLC, | No. C 04-04727 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING STIPULATED DISMISSAL** |
| NTI COMMUNICATIONS CORP. AND ELIAS QARMOUT, | |
| Defendants. / | |

It is the Court's understanding that a settlement was reached prior to a scheduled mediation session on August 26, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **SEPTEMBER 26, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 6, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE