DANIEL E. ALBERTI (SBN 68620)
JILL M. KASTNER (SBM 211363)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100
dalberti@mwe.com
jkastner@mwe.com

Attorneys for Plaintiff
UNION TELECARD ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNION TELECARD ALLIANCE, LLC,

Plaintiff,

v.

NTI COMMUNICATIONS CORP. AND ELIAS QARMOUT,

Defendants.

CASE NO. C04-04727-WHA

**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff Union Telecard Alliance, LLC (Plaintiff) and Defendants NTI Communications Corp. and Elias Qarmout (Defendants) hereby stipulate to and request that the Court dismiss this case with prejudice.

WHEREAS the parties to this action, Plaintiff, Union Telecard Alliance, LLC (hereinafter referred to as "UTA"), on the one side, and Defendants, NTI Communications Corporation and Elias Qarmout (hereinafter collectively referred to as "DEFENDANTS"), on the other side, have reached a settlement concerning each and every claim asserted by UTA in this action:

IT IS HEREBY STIPULATED pursuant to Federal Rule Of Civil Procedure 41(a) by and among the parties hereto, through their respective counsel, that this action shall be dismissed in its entirety with prejudice.

Dated: September 27, 2005

McDermott Will & Emery LLP
DANIEL E. ALBERTI

By: /s/ Daniel E. Alberti
Daniel E. Alberti
Attorneys for Plaintiff
UNION TELECARD ALLIANCE, LLC

Dated: September 27, 2005

MANUEL RIVAS, JR.

By: /s/ Manuel Rivas, Jr.
Manuel Rivas, Jr.
Attorneys for Defendants
NTI COMMUNICATIONS CORP. and ELIAS QARMOUT

The parties having entered into the above stipulation, this action is hereby dismissed with prejudice. The Court retains no jurisdiction to enforce the settlement.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

DATED: September 27, 2005

The Honorable William H. Alsup

MPK 95298-2.055771.0191

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto